U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

AUG 2 6 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| BRENITA F. PULLAM | : | DOCKET NO. 06-cv-1771 |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein, these findings and conclusions are accepted. In the alternative, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly,

IT IS ORDERED that this matter be REMANDED to the Secretary pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings in accordance with the Report and Recommendation dated July 1, 2008.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 23 day of August, 2008.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE